IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH HOOPER, | : | |
|    Plaintiff | : | No. 16-cv-00123 |
| | : | |
|    v. | : | (Judge Kane) |
| | : | |
| SAFETY-KLEEN SYSTEMS, INC., et al., | : | |
|    Defendants | : | |

# ORDER

**AND NOW**, on this 18th day of September 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion requesting oral argument, in which Plaintiff does not concur (Doc. No. 171), is **DENIED**;

2. Defendants' motions for summary judgment (Doc. Nos. 153, 155), are **DENIED**; and

3. A status conference is scheduled in the above-captioned action for September 25, 2018 at 2:00 p.m. The Court prefers to conduct this conference by telephone. Plaintiff's counsel shall initiate the call. The telephone number of the Court is 717-221-3990.

                                                      s/Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Western District of Pennsylvania
                                                      *Sitting by designation*